# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GORDON CAPLAN | 1:19-mj-06087-MPK-7 |

## DEFENDANT GORDON CAPLAN'S MOTION TO CONTINUE

Defendant Gordon Caplan respectfully requests that the Court continue the date for his initial appearance until either April 3, 2019 or April 5, 2019. As grounds for his Motion, Mr. Caplan states that his counsel, Michael G. McGovern, will be traveling out of state on March 29, 2019, which is the current date set for Mr. Caplan's initial appearance. Counsel for the defendant propose either April 3, 2019 or April 5, 2019, when all could be present.

Counsel for the government has informed defense counsel that the government takes no position on this Motion.

Dated:  March 21, 2019

                              Respectfully submitted,

By: /s/ Joshua S. Levy
    Joshua S. Levy  (BBO #563017)
    Christopher J. Walsh (BBO #685252)
    Ropes & Gray LLP
    800 Boylston Street
    Boston, MA 02199-3600
    Tel: (617) 951-7000
    joshua.levy@ropesgray.com
    christopher.walsh@ropesgray.com

    Michael G. McGovern (admitted *pro hac vice*)
    Ropes & Gray LLP
    1211 Avenue of the Americas
    New York, NY 10036
    Tel: (212) 841-8860
    michael.mcgovern@ropesgray.com

    Patrick J. Smith (admitted *pro hac vice*)
    Sarah Zimmer (admitted *pro hac vice*)
    Smith Villazor LLP
    1700 Broadway, Suite 2801
    New York, NY 10019
    Tel: (212) 582-4400
    patrick.smith@smithvillazor.com
    sarah.zimmer@smithvillazor.com

    *Attorneys for Defendant*
    *Gordon Caplan*

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 21, 2019.

By: /s/ Joshua S. Levy