Query    Reports    Utilities    Help    What's New    Log Out

# U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:19-mj-02400-UA-1

Case title: USA v. Caplan                           Date Filed: 03/12/2019

Assigned to: Judge Unassigned

**Defendant (1)**

**Gordon Caplan**                 represented by    **Patrick J. Smith**
                                                    Smith Villazor LLP
                                                    250 West 55th Street, 30th Fl
                                                    New York, NY 10019
                                                    (212) 582-4400
                                                    Fax: (347) 338-2532
                                                    Email:
                                                    patrick.smith@smithvillazor.com
                                                    *LEAD ATTORNEY*
                                                    *Designation: Retained*

                                                    **Peter S. Cane**
                                                    Cane & Associates LLP
                                                    200 Park Avenue, Floor 17th
                                                    New York, NY 10166
                                                    (212) 627-7000
                                                    Fax: (646) 349-2312
                                                    Email: peter@canelaw.com
                                                    *LEAD ATTORNEY*
                                                    *Designation: Retained*

**Pending Counts**                                  **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                               **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1349.F CONSPIRACY TO
COMMIT MAIL AND HONEST
SERVICES MAIL FRAUD

**Disposition**

---

**Plaintiff**

USA        represented by   **Elizabeth Anne Espinosa**
DOJ-USAO
1 St. Andrew's Plaza
New York, NY 10007
(212) 637-2216
Email: elizabeth.espinosa@usdoj.gov
*LEAD ATTORNEY*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2019 | | Arrest (Rule 5(c)(3)) of Gordon Caplan. (dif) (Entered: 03/13/2019) |
| 03/12/2019 | 1 | RULE 5(c)(3) AFFIDAVIT of Sean Sweeney, Special Agent with the Federal Bureau of Investigation ('FBI"), from the United States District Court - District of Massachusetts, as to Gordon Caplan. (Signed by Judge Magistrate Judge Gabriel W. Gorenstein on 3/12/2019) (dif) (Main Document 1 replaced on 3/25/2019) (bw). (Entered: 03/13/2019) |
| 03/12/2019 | 2 | NOTICE OF ATTORNEY APPEARANCE: Retained Attorney Peter S. Cane appearing for Gordon Caplan. (dif) (Entered: 03/13/2019) |
| 03/12/2019 | 3 | NOTICE OF ATTORNEY APPEARANCE: Retained Attorney Patrick J. Smith appearing for Gordon Caplan. (dif) (Entered: 03/13/2019) |
| 03/12/2019 | | Attorney update in case as to Gordon Caplan. Attorney Peter S. Cane for Gordon Caplan added.. (dif) (Entered: 03/13/2019) |
| 03/12/2019 | | Attorney update in case as to Gordon Caplan. Attorney Patrick J. Smith for Gordon Caplan added.. (dif) (Entered: 03/13/2019) |
| 03/12/2019 | 4 | Minute Entry for proceedings held before Magistrate Judge Gabriel W. Gorenstein: Initial Appearance in Rule 5(c)(3) Proceedings as to Gordon Caplan held on 3/12/2019., Deft Appears with Retained Attorney Patrick Smith and Peter Cane and AUSA Elizabeth Espinosa for the government. AGREED CONDITIONS OF RELEASE: $500,000 PRB; ONE FRP; Travel Limited to SDNY/EDNY; District of Connecticut and District of Massachusetts; Surrender Travel Documents (& No New Applications); Pretrial Supervision As Directed by PTS; Deft Not to Possess Firearm/Destructive Device/Other Weapon; Deft to Be Released on Own Signature; Remaining Conditions to Be Met by 3/19/19; Defendant to Appear in District of Massachusetts on March 29, 2019 at 2:00 PM; Identity Hearing Waived; ( Preliminary Hearing set for 4/11/2019 at 10:00 AM before Judge Unassigned.) (dif) (Entered: 03/13/2019) |

| 03/12/2019 | 5 | AGREEMENT TO FORFEIT PROPERTY (OTHER THAN REAL PROPERTY) by Gordon Caplan. Personal Recognizance Bond in the amount of $ 500,000 PRB, ONE FRP; Travel Limited to SDNY/EDNY; District of Connecticut and District of Massachusetts; Surrender Travel Documents (& No New Applications); Pretrial Supervision As Directed by PTS; Deft Not to Possess Firearm/Destructive Device/Other Weapon; Deft to Be Released on Own Signature; Remaining Conditions to Be Met by 3/19/19; Deft to Appear in District of Massachusetts on March 29, 2019 at 2:00 PM (dif) (Entered: 03/13/2019) |
| --- | --- | --- |
| 03/13/2019 | | RULE 5(c)(3) DOCUMENTS SENT as to Gordon Caplan from the U.S.D.C. Southern District of New York to the United States District Court - District of Massachusetts. Sent original file along with documents numbered 1 to 5, certified copies of: Rule 5(c)(3) Documents, the docket sheet, and letter of acknowledgment. on 3/13/2019. (dif) (Entered: 03/13/2019) |

ORIGINAL

Approved: _____
ELIZABETH A. ESPINOSA
Assistant United States Attorney

Before: THE HONORABLE GABRIEL W. GORENSTEIN
United States Chief Magistrate Judge
Southern District of New York

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                    :        19 Mag. _____
                                            :
            - v. -                          :        RULE 5(c)(3)
                                            :        AFFIDAVIT
GORDON CAPLAN,                              :
                    Defendant.     19MAG . 2400
                                            :
- - - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss:

SEAN SWEENEY, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI") and charges as follows:

1.    On or about March 11, 2019, the United States District Court for the District of Massachusetts issued a warrant for the arrest (the "Arrest Warrant") of "Gordon Caplan" based on complaint charging "Gordon Caplan" with one count of violating 18 U.S.C. § 1349 (conspiracy to commit mail fraud and honest services mail fraud). A copy of the Arrest Warrant and the complaint are attached as Exhibit A hereto and incorporated by reference herein.

2.    I believe that GORDON CAPLAN, the defendant, who was arrested by the FBI on March 12, 2019, in the Southern District of New York, is the same person as the "Gordon Caplan" who is wanted by the United States District Court for the District of Massachusetts.

3.    The bases for my knowledge and for the foregoing charge are, in part, as follows:

a.    I am a Special Agent with the FBI. I have been personally involved in determining whether GORDON CAPLAN, the defendant, is the same individual as the "Gordon Caplan" named in the Arrest Warrant. Because this

Affidavit is being submitted for the limited purpose of
establishing the identity of the defendant, I have not
included in this Affidavit each and every fact that I have
learned. Where I report statements made by others, those
statements are described in substance and in part, unless
otherwise noted.

      b.    Based on my review of documents from proceedings
in the United States District Court for the District of
Massachusetts, I know that, on or about March 11, 2019, the
United States District Court for the District of
Massachusetts issued the Arrest Warrant. The Arrest
Warrant was based on a complaint charging "Gordon Caplan"
with one count of violating 18 U.S.C. § 1349 (conspiracy to
commit mail fraud and honest services mail fraud). The
complaint was issued in connection with case number 19-MJ-
6087-MPK in the District of Massachusetts.

      c.    On March 12, 2019, at approximately 6:30 a.m.,
GORDON CAPLAN, the defendant, was arrested by the FBI. At
the time of arrest, CAPLAN admitted to me that his name is
"Gordon Caplan." CAPLAN also provided a copy of a United
States Passport in the name "Gordon Caplan" and bearing his
photograph.

      d.    I have received from other law enforcement
officers photographs of the "Gordon Caplan" named and
sought in the Arrest Warrant. Based on my personal
observations, the photograph provided by other law
enforcement officers appears to depict GORDON CAPLAN, the
defendant.

[Intentionally Left Blank]

2

4.    Accordingly, I believe that the "Gordon Caplan" sought in the Arrest Warrant is the defendant, GORDON CAPLAN.

WHEREFORE, I respectfully request that GORDON CAPLAN, the defendant, be imprisoned or bailed as the case may be.

SEAN SWEENEY
Special Agent
Federal Bureau of Investigation

Sworn to before me this
12th day of March, 2019.

THE HONORABLE GABRIEL W. GORENSTEIN
United States Chief Magistrate Judge
Southern District of New York

3

# EXHIBIT A

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**      **Category No.** _I_      **Investigating Agency**   **FBI**

**City**   **Boston**      **Related Case Information:**

**County**   **Middlesex**

Superseding Ind./ Inf. _____    Case No.   19-MJ-6087-MPK
Same Defendant _____    New Defendant _X_
Magistrate Judge Case Number _____
Search Warrant Case Number   See additional information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Gordon Caplan        Juvenile:    ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes ☑ No

Alias Name _____

Address   (City & State) Greenwich, CT

Birth date (Yr only): _1966_   SSN (last4#): ▉▉   Sex _M_    Race: White     Nationality: USA

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen        Bar Number if applicable   NY4412326

**Interpreter:**    ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:**    ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes ☐ No

**Matter to be SEALED:**    ☑ Yes    ☐ No

☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at —————— ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☑ Complaint     ☐ Information     ☐ Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony _I_

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   March 11, 2019      Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-MJ-6087-MPK

**Name of Defendant** Gordon Caplan

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 18 U.S.C. 1349 | Conspiracy to Commit Mail Fraud | 1 |
| Set 2 | & Honest Services Mail Fraud | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **GORDON CAPLAN** | ) | Case No. 19-MJ-6087-MPK |
| | ) | |
| | ) | |
| | ) | |

_Defendant_

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ __GORDON CAPLAN__ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date: __03/11/2019__

_Issuing officer's signature_

City and state: __Boston, MA__

US Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____           _Arresting officer's signature_ |
| _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:     Gordon Caplan

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

| | | |
|---|---|---|
| Height: | Weight: | |
| Sex: M | Race: White | |
| Hair: | Eyes: | |

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| GREGORY ABBOTT, MARCIA ABBOTT, GAMAL ) | |
| ABDELAZIZ, DIANE BLAKE, TODD BLAKE, JANE ) | MJ No. 19-6087-MPK |
| BUCKINGHAM, GORDON CAPLAN, I-HSIN CHEN ) | |
| (see below for additional names) ) | |
| ) | |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 2011 to the present _____ in the county of _____ Suffolk and elsewhere _____ in the

_____ District of _____ Massachusetts _____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 USC 1349 | Conspiracy to commit mail fraud and honest services mail fraud |

This criminal complaint is based on these facts:

See Affidavit of FBI SA Laura Smith. Amy and Gregory Colburn, Robert Flaxman, Mossimo Giannulli, Elizabeth and Manuel Henriquez, Douglas Hodge, Felicity Huffman, Agustin Huneeus Jr., Bruce and Davina Isackson, Michelle Janavs, Elisabeth Kimmel, Marjorie Klapper, Lori Loughlin, Toby MacFarlane, William McGlashan Jr., Marci Palatella, Peter Jan Sartorio, Stephen Semprevivo, Devin Sloane, John Wilson, Homayoun Zadeh, Robert Zangrillo

☐ Continued on the attached sheet.

_Complainant's signature_

Laura Smith, FBI Special Agent

_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____ 03/11/2019 _____

City and state: _____ Boston, Massachusetts _____

Hon. M. Page Kelley, USMJ

_Printed name and title_

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

USA

_____
          *Plaintiff*
              v.
Gordon Caplan
_____
          *Defendant*

)
)
)
)
)

Case No.   19 MAG 2400

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gordon Caplan
_____

Date:   3/12/19

_____
        *Attorney's signature*

PETER S. CANE
_____
        *Printed name and bar number*

200 Park Avenue, 17th Floor
_____
              *Address*

peter@canelaw.com
_____
          *E-mail address*

212-627-7000
_____
        *Telephone number*

646-349-2312
_____
            *FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the

United States of America )
_____ )
Plaintiff )
Gordon        v. Caplan )  Case No. _____
_____ )
Defendant )

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Date: 3/12/2019

_____
*Attorney's signature*

PATRICK SMITH
*Printed name and bar number*

250 W. 55th  30th Floor
*Address*

patrick.smith@smithvillaqr.com
*E-mail address*

(212) 582-4420
*Telephone number*

_____
*FAX number*

DOCKET No. 19 M 2400     DEFENDANT Gordon Caplan

AUSA Elizabeth Espinosa  DEF.'S COUNSEL Patrick Smith
☐ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY
Peter Cane
☐ _____ INTERPRETER NEEDED     ☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☐ Rule 9  ☑ Rule 5(c)(3)  ☐ Detention Hrg.   DATE OF ARREST _____   ☐ VOL. SURR.
                                                         TIME OF ARREST _____   ☐ ON WRIT
☐ Other: _____                                 TIME OF PRESENTMENT  4'02pm

## BAIL DISPOSITION

7 mins
☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE      ☐ DETENTION: RISK OF FLIGHT/DANGER  ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☑ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $ 500,000 PRB  ☑ 1 FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ D. Conn / D. Mass + FL
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☒ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☒ AS DIRECTED BY PRETRIAL SERVICES
☒ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☒ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☒ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: 3/19/2019

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

— D to appear in D.Mass. on March 29 at 2:00 pm.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY            ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☒ IDENTITY HEARING WAIVED              ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED   ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 4/11/2019   ☐ ON DEFENDANT'S CONSENT

DATE: 3/12/19

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE     PINK – U.S. ATTORNEY'S OFFICE     YELLOW – U.S. MARSHAL     GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016 IH - 2

# UNITED STATES DISTRICT COURT

for the

Southern     District of     New York

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )     **19 M 2400** |
| **GORDON CAPLAN** | ) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____**GORDON CAPLAN**_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

($\boxtimes$) to appear for court proceedings;

($\boxtimes$) if convicted, to surrender to serve a sentence that the court may impose; or

($\boxtimes$) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

($\boxtimes$) (1)  This is a personal recognizance bond.

( X ) (2)  This is an unsecured bond of $    **500,000 PRB**_____ .

($\square$) (3)  This is a secured bond of $ _____ , secured by:

($\square$)  (a) $ _____ , in cash deposited with the court.

($\square$)  (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

_____ .

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

($\square$)  (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

_____
_____ .

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date:    **3/12/2019**

**GORDON CAPLAN**

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

*CLERK OF COURT*

Date:    **3/11/2019**

*Signature of Clerk or Deputy Clerk -*

Approved.

Date:    **3/12/2019**

**AUSA ELIZABETH ESPINOSA**

AO 199A (Rev. 12/11) Order Setting Conditions of Release

Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT
for the

Southern District of   New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | **19 MAG 2400** |
| **GORDON CAPLAN** | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____

*Place*

_____

on _____

*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B  (Rev. 12/11) Additional Conditions of Release

Page ____ of ____ Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____

*Custodian* _____ *Date*

( ☒ )  (7)  The defendant must:

( X )  (a)  submit to supervision by and report for supervision to the **PRETRIAL SUPERVISION AS DIRECTED** ,
**BY PTS**

telephone number _____ , no later than _____ .

(   )  (b)  continue or actively seek employment.

( ☐ )  (c)  continue or start an education program.

( ☒ )  (d)  surrender any passport to:  **PSA (& NO NEW APPLICATIONS)**

( ☒ )  (e)  not obtain a passport or other international travel document.

( X )  (f)  abide by the following restrictions on personal association, residence, or travel:  **SDNY/EDNY & D. CONN & D. MASS**

( ☐ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

( ☐ )  (h)  get medical or psychiatric treatment: _____

( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( X )  (k)  not possess a firearm, destructive device, or other weapon.

( ☐ )  (l)  not use alcohol (  ☐  ) at all (  ☐  ) excessively.

( ☐ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

(   )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ☐ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

(   )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.

( ☐ ) (i)  **Curfew.**  You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or

( ☐ ) (ii)  **Home Detention.**  You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

( ☐ ) (iii)  **Home Incarceration.**  You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

( ☐ )  (q)  submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

( ☐ ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

( ☐ )  (r)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

## ADDITIONAL CONDITIONS OF RELEASE

( ☒ )   (s)   **\$500,000 PRB TO BE CO-SIGNED BY ONE FINANCIALLY RESPONSIBLE PERSON; TRAVEL LIMITED TO SDNY/EDNY; DISTRICT OF CONNECTICUT AND DISTRICT OF MASSACHUSETTS; SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS:  PRETRIAL SUPERVISION AS DIRECTED BY PTS; DEFT NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON; DEFT TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY 3/19/19; DEFT TO APPEAR IN DISTTRICT OF MASSACHUSETTS ON MARCH 29, 2019 AT 2:00 PM**

AO 199C  (Rev. 09/08)  Advice of Penalties                                                    Page _____ of _____ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:          **GORDON CAPLAN**          **19 MAG 24000**    **3/12/2019**

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years

and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned for not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____    **GORDON CAPLAN**

_____
                                       *City and State*

### Directions to the United States Marshal

( ☐ ) The defendant is ORDERED released after processing.
( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____          _____
                                       *Judicial Officer's Signature*

                                       _____
                                       *Printed name and title*

AO 199C (Rev. 09/08) Advice of Penalties    Page _____ of _____ Pages

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL



Southern District of New York

The Bronx
Manhattan
Westchester
Rockland
Dutchess
Orange
Putnam
Sullivan

Eastern District of New York

Brooklyn (Kings County)
Queens (Queens County)
Staten Island (Richmond County)
Long Island (Nassau & Suffolk)

DOCKET No. 19 M 2400        DEFENDANT Gordon Caplan

AUSA Elizabeth Espinosa   DEF.'S COUNSEL Patrick Smith

☐ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA  ☑ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED   Peter Care

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☐ Rule 9  ☑ Rule 5(c)(3)  ☐ Detention Hrg.

☐ Other: _____

DATE OF ARREST _____   ☐ VOL. SURR.
TIME OF ARREST _____   ☐ ON WRIT
TIME OF PRESENTMENT  4'02 pm

## BAIL DISPOSITION

☐ SEE SEP. ORDER

☐ DETENTION ON CONSENT W/O PREJUDICE     ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☒ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☒ $ 500,000 PRB  ☒ 1 FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ D. Conn /D. Mass +~~D.~~
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☒ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☒ AS DIRECTED BY PRETRIAL SERVICES
☒ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☒ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☒ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS ~~THE FOLLOWING CONDITIONS~~: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: 3/19/2019

## ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

— D to appear in D.Mass. on March 29 at 2:00 pm.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY         ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☒ IDENTITY HEARING WAIVED          ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED    ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 4/11/2019      ☐ ON DEFENDANT'S CONSENT

DATE: 3/12/19

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U.S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016 IH - 2