AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| _Gordon Caplan_ | ) | Case No.  1:19-mj-6087-MPK |
| Defendant | ) | |
| | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: _4/3/19_

_____
Defendant's signature

_____
Signature of defendant's attorney

_Joshua Levy          563017_
Printed name and bar number of defendant's attorney

_Ropes & Gray  800 Boylston Street_
Address of defendant's attorney  _Boston MA_
_02210_

_Joshua.Levy@ropesgray.com_
E-mail address of defendant's attorney

_617-951-7291_
Telephone number of defendant's attorney

_617-951-7050_
FAX number of defendant's attorney